STATE v. CALL

No. 341A96

Case below: Ashe County Superior Court

Petition by defendant for writ of certiorari to review the order of the Superior Court, Ashe County denied 23 July 1997.


STATE v. CLARK

No. 267P97

Case below: 122 N.C.App. 396

Petition by defendant for writ of certiorari to review the decision of the North Carolina Court of Appeals denied 23 July 1997.


STATE v. COCALIS

No. 274A97

Case below: 126 N.C.App. 226

Motion by Attorney General to dismiss appeal for lack of substantial constitutional question allowed 23 July 1997.


STATE v. DICK

No. 293P97

Case below: 126 N.C.App. 312

Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 23 July 1997.


STATE v. EVANS

No. 109P97

Case below: 125 N.C.App. 301

Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 23 July 1997. Motion by Attorney General to dismiss appeal allowed 23 July 1997.